UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-278 (DSD/KMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | MOTION TO AMEND |
| Plaintiff, | ) | SENTENCING JUDGMENT |
| v. | ) | |
| | ) | |
| ROBERT ANTHONY COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Lindsey E. Middlecamp, Special Assistant United States Attorney, hereby submits its Motion to Amend this Court's Sentencing Judgment [Dkt. No. 108].

On October 23, 2019, this Court entered a sentencing judgment as to Robert Anthony Coleman which required him to self-surrender to custody of the Bureau of Prisons on May 18, 2020.

On March 27, 2020, the Bureau of Prisons communicated concerns about its ability to safely effectuate the defendant's self-surrender during the COVID-19 global pandemic. Such concerns included bed availability, the need to screen and quarantine inmates entering custody, and the refusal or inability of municipal or county jails to assist in COVID-19 quarantine and transfer logistics for incoming inmates.

Based on these concerns, the United States moves the Court to amend its sentencing judgment to allow flexibility to the Bureau of Prisons in effectuating Defendant Coleman's

sentence. Specifically, on behalf of the Bureau of Prisons, the United States requests the Court extend the date of Defendant Coleman's self-surrender to July 20, 2020. The United States has discussed this motion with the defense, who supports this motion.

Dated: April 15, 2020

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*/s/ Lindsey E. Middlecamp*

BY:  LINDSEY E. MIDDLECAMP
Special Assistant U.S. Attorney
Attorney ID No. 0392589