UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No.: 18-278(1)(DSD/KMM)

United States of America,

                Plaintiff,

v.                                          **ORDER**

Robert Anthony Coleman,

                Defendant.

This matter is before the court upon the motion of defendant Robert Anthony Coleman to amend sentencing judgment to extend the date of his voluntary surrender. The government does not object to the motion. Based on the file, record, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The motion [ECF No. 116] is granted;

2. The court's sentencing judgment [ECF No. 115] is amended as follows: Defendant Robert Coleman shall self-surrender to the Bureau of Prisons on October 19, 2020; and

3. All other portions of the sentencing judgment shall remain in full force and effect.

Dated: July 13, 2020                         /s David S. Doty_____
                                                     David S. Doty, Judge
                                                       United States District Court